UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ URIBE TREJO,<br><br>                   Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE; SIDNEY AKI; TODD LYONS; KRISTI NOEM; PAMELA BONDI; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRAION AND CUSTOM ENFORCEMENT,<br><br>                   Respondents. | Case No.: 3:25-cv-03253-JES-DDL<br><br>**ORDER PROVIDING NOTICE UNDER RULE 65(a)(2)**<br><br>**[ECF NO. 5]** |

Before the Court is Petitioner Beatriz Uribe Trejo's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1 ("Petition"). The Court issued an Order to Show Cause ("OSC") requiring Respondents to file a response to the Petition by November 28, 2025. ECF No. 2. After the Court issued the OSC, Petitioner filed a Motion for a Temporary Restraining Order ("TRO") on the same basis as the Petition. The Court does not modify the briefing schedule previously issued in the OSC. However, the Court provides notice to the Parties that it intends to consolidate the Motion for a Temporary Restraining Order with a determination on the merits under Rule 65(a)(2). *See* Fed. R. Civ. P. 65(a)(2); *see also Slidewaters LLC v. Wash. State Dep't of Lab. & Indus.*, 4 F.4th 747,

1

759 (9th Cir. 2021) (noting the court can invoke Rule 65(a)(2) by giving "clear and unambiguous notice"). In other words, the Court intends to resolve both the Petition and the TRO.

**IT IS SO ORDERED.**

Dated: November 25, 2025

_____
Honorable James E. Simmons Jr.
United States District Judge