UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ URIBE TREJO,<br><br>                                    Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE; SIDNEY AKI; TODD LYONS; KRISTI NOEM; PAMELA BONDI; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOM ENFORCEMENT,<br><br>                                    Respondents. | Case No.: 3:25-cv-03253-JES-DDL<br><br>**ORDER REQUIRING STATUS UPDATE** |

Before the Court is Petitioner Beatriz Uribe Trejo's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Pursuant to the Court's prior order, Respondents filed a response and Petitioner filed a traverse. ECF Nos. 8, 9. Respondents represent in their response that Petitioner will receive a bond hearing pursuant to 8 U.S.C. § 1226(a) on December 4, 2025 at 8:00 a.m. ECF No. 8 at 2.  The Court orders the parties to file a status report by no later than **December 5, 2025**, to notify the Court on the results

//

//

//

1  of that bond hearing.  The Court requests a copy of the order from that hearing if available,

2  or in lieu of, a statement from the parties on the decision and the basis of the decision.

3      **IT IS SO ORDERED.**

4  Dated: December 3, 2025

5

6

_____
Honorable James E. Simmons Jr.
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3:25-cv-03253-JES-DDL