UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATRIZ URIBE TREJO,<br><br>                           Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE; SIDNEY AKI; TODD LYONS; KRISTI NOEM; PAMELA BONDI; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOM ENFORCEMENT,<br><br>                           Respondents. | Case No.: 3:25-cv-03253-JES-DDL<br><br>**ORDER DENYING AS MOOT (1) PETITION FOR WRIT OF HABEAS CORPUS and (2) TEMPORARY RESTRAINING ORDER**<br><br>**[ECF Nos. 1, 5]** |

      Before the Court is Petitioner Beatriz Uribe Trejo's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and Motion for Temporary Restraining Order ("TRO"). ECF Nos. 1, 5. After Petitioner was granted a bond hearing, the parties filed a number of status updates with the Court. *See* ECF Nos. 11-14, 16. In the latest status report filed by the parties as ordered by the Court, the parties agree that Petitioner has been released from custody on bond and that she is not subject to any restrictions. ECF No. 16 at 1. As such, Respondents argue that there is no further relief that the Court can grant and the petition should be dismissed at this time. *Id.* at 7-8. On the other hand, Petitioner responds with several other requests for relief including: (1) "this Court order that no re-

detention or any Alternatives to Detention (ATD) can be ordered in connection with the present removal proceedings;" (2) "this Court order the return of Petitioner's identity documents still being help by ICE; and (3) "the Court to direct USCIS to adjudicate the application in order to protect Petitioner's liberty interest and can stop the infringement of Petitioner's rights." *Id.* at 7. The Court does not find that any of this additional relief is appropriate under a habeas petition where Petitioner has already been physically released from custody. Accordingly, the Court **DENIES AS MOOT** the petition and accompany TRO motion at this time. The Clerk of Court is **ORDERED** to **CLOSE** this case.

     **IT IS SO ORDERED.**

Dated: January 5, 2026

_____
Honorable James E. Simmons Jr.
United States District Judge